# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-3110

_____

Robert A. Morgan

*Appellant*

v.

Commissioner of Internal Revenue

*Appellee*

_____

Appeal from the United States Tax Court

_____

Submitted: April 19, 2016
Filed: April 22, 2016
[Unpublished]

_____

Before GRUENDER, ARNOLD, SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Robert Morgan appeals after the tax court issued a decision denying his motion to dismiss for lack of jurisdiction and upholding a determination by the Commissioner of Internal Revenue that he was liable for an income tax deficiency and penalties. After careful review of the record, we conclude that the tax court's

decision was proper.  *See Campbell v. Comm'r*, 164 F.3d 1140, 1142 (8th Cir. 1999) (standards of review).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____